441 A.2d 784

Commonwealth v. Johnson, Appellant.

Submitted June 11, 1980. James A. Peruto, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

441 A.2d 784

Commonwealth v. McCloskey, Appellant.

Argued January 19, 1981. Nicholas J. Emper, for appellant; David Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Judgment of sentence affirmed.

Decision was rendered prior to DiSALLE, J., leaving the bench of the Superior Court of Pennsylvania.